# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Eugene N. Yarrington III & <br> Seth D. Romanos, <br><br>     Plaintiffs, <br><br> v. <br><br> JPMorgan Chase & Co. <br> Navient Corporation; <br> Collecto, Inc. d/b/a EOS CCA; <br> Credit Control, LLC & <br> Radius Global Solutions, LLC, <br><br>     Defendants. | Civil Action: 1:19-cv-00015 |

## STIPULATION OF DISMISSAL OF JPMORGAN CHASE & CO.

PLEASE TAKE NOTICE that the parties to this action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal with Prejudice of all Plaintiffs' claims against Defendant JPMorgan Chase & Co., with Plaintiffs and JPMorgan Chase & Co. to bear their own attorney's fees and costs.

| | |
|---|---|
| Respectfully Submitted, | Dated: May 21, 2019 |
| */s/ Nicholas G. Kline* <br> Nicholas G. Kline, Esq. #268422 <br> nkline@shaheengordon.com <br> *Attorney for the Plaintiffs* <br> 353 Central Avenue, 2nd Floor <br> Dover, NH  03821-0977 <br> (603) 749-5000 | */s/ W. Daniel Deane* <br> W. Daniel Deane (Bar #18700) <br> Michael E. Strauss (Bar #266717) <br> *Counsel for JPMorgan Chase & Co.* <br> NIXON PEABODY LLP <br> 900 Elm Street, 14th Floor <br> Manchester, NH 03101 <br> Telephone: (603) 628-4000 <br> Facsimile: (603) 628-4041 <br> ddeane@nixonpeabody.com <br> mestrauss@nixonpeabody.com |

| | |
|---|---|
| */s/ Joseph P. Murphy* | */s/ Joseph Gardner Mattson* |
| Joseph Paul Murphy (NH Bar No. 266615) | Joseph Gardner Mattson (NH Bar No. 19287) |
| Jordan S. O'Donnell | *LEAD ATTORNEY* |
| *PRO HAC VICE* | *Counsel for Collecto, Inc. d/b/a EOS CCA* |
| *LEAD ATTORNEY* | Wadleigh Starr & Peters PLLC |
| *Counsel for Navient Corporation* | 95 Market St |
| Hinshaw & Culbertson LLP | Manchester, NH 03101 |
| 53 State St, 27th Flr | 603 669-4140 |
| Boston, MA 02109-1775 | jmattson@wadleighlaw.com |
| jmurphy@hinshawlaw.com | |
| jodonnell@hinshawlaw.com | Lawrence J. Bartel |
| | *PRO HAC VICE* |
| | *Counsel for Collecto, Inc. d/b/a EOS CCA* |
| | Marshall Dennehy Warner Coleman & Goggin, P.C. |
| | 2000 Market St., Ste. 2300 |
| | Philadelphia, PA 19103 |
| | 215 575-2780 |
| | LJBARTEL@MDWCG.COM |
| | |
| */s/ Brady J. Hermann* | */s/ Thomas B.S. Quarles, Jr.* |
| Brady J. Hermann | Thomas B.S. Quarles, Jr. (NH Bar No. 2077) |
| *LEAD ATTORNEY* | Charles R. Powell, III (NH Bar No. 11031) |
| *PRO HAC VICE* | *Counsel for Radius Global Solutions, LLC* |
| *Counsel for Credit Control, LLC* | Devine Millimet & Branch PA |
| Maurice Wutscher | 111 Amherst St |
| 101 Federal St, Ste 1900 | Manchester, NH 03101 |
| Boston, MA 02110 | 603 669-1000 |
| 617 861-6067 | cpowell@devinemillimet.com |
| bhermann@mauricewutscher.com | tquarles@devinemillimet.com |
| | |
| Edmond J. Ford (NH Bar #0812) | |
| Ryan M. Borden (NH Bar #265620) | |
| *Counsel for Credit Control, LLC* | |
| FORD & MCPARTLIN, P.A. | |
| 10 Pleasant Street, Suite 400 | |
| Portsmouth, NH 03801 | |
| eford@fordlaw.com | |
| rborden@fordlaw.com | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 23, 2019, a true and correct copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

      /s/ Nicholas G. Kline
      Nicholas G. Kline, Esq.